# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (For Revocation of Probation or Supervised Release) |
| **v.** | |
| Jacob Grey | Case Number:    5:09CR00007-3 |
| | USM Number:    14138-021 |
| | Kathy Register Griffin |
| | Defendant's Attorney |

## THE DEFENDANT:

☒ admitted guilt to violations of mandatory, standard, and special conditions of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant failed to participate in a program of treatment for drug and alcohol abuse (special condition). | October 30, 2018 |
| 2 | The defendant failed to report to the probation officer as directed by the court or probation officer (standard condition). | November 28, 2018 |
| 3 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | December 7, 2018 |

The defendant is sentenced as provided in page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 2653

September 27, 2019
Date of Imposition of Judgment

Defendant's Year of Birth: 1982

Signature of Judge

City and State of Defendant's Residence:

LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE

Fargo, Georgia

Name and Title of Judge

October 1, 2019

Date

DEFENDANT:    Jacob Grey
CASE NUMBER:    5:09CR00007-3

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|:---:|:---|:---:|
| 4 | The defendant committed another federal, state, or local crime (mandatory condition). | December 29, 2018 |
| 5 | The defendant failed to refrain from excessive use of alcohol (standard condition). | December 29, 2018 |
| 6 | The defendant failed to notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer (standard condition). | January 1, 2019 |
| 7 | The defendant committed another federal, state, or local crime (mandatory condition). | May 7, 2019 |

DEFENDANT: Jacob Grey
CASE NUMBER: 5:09CR00007-3

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: <u>24 months</u>

☐ The Court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL